JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SANS WINE & SPIRITS CO., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, a Connecticut corporation,<br><br>　　　　　　Defendant. | Case No. SACV12-837-JVS (ANx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

　　Based upon the parties' Stipulation for Dismissal of Entire Action With Prejudice, the above-entitled action is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), each party to bear its own attorneys' fees and costs.

Dated: September 24, 2012

　　　　　　　　　　　　　　　　　　_/s/ James V. Selna_
　　　　　　　　　　　　　　　　　　**James V. Selna**
　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER DISMISSING ENTIRE ACTION